**VIIV HEALTHCARE UK LTD., VIIV Healthcare Co., Plaintiffs–Cross–Appellants**

v.

**LUPIN LTD., Lupin Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., Defendants–Appellants**

Nos. 2014–1303, 2014–1304, 2014–1315.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2015.

John O'Quinn, Kirkland & Ellis LLP, Washington, DC, argued for plaintiff-cross-appellants. Also represented by Francis Christopher Mizzo, William H. Burgess, Craig Thomas Murray.

Deanne M. Mazzochi, Rakoczy Molino Mazzochi Siwik LLP, Chicago, IL, argued for defendant-appellants Lupin, Ltd., Lupin Pharmaceuticals, Inc. Also represented by William A. Rakoczy, Paul J. Molino, Rachel Waldron, Patrick C. Kilgore.

Henry C. Dinger, Goodwin Procter LLP, Boston, MA, argued for defendant-appellant Teva Pharmaceuticals USA, Inc. Also represented by Ira J. Levy, David M. Hashmall, Joshua Aaron Whitehill, New York, NY; William M. Jay, Washington, DC.

PROST, Chief Judge, MOORE and O'MALLEY, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**